**10**

395 P.3d 1244

LaVonne HARRISON, Trustee of La-Vonne's Family Trust, a Revocable Living Trust Agreement dated September 28, 1989, Plaintiff/Counterclaim Defendant/Appellant,

v.

CASA DE EMDEKO, INCORPORATED, a Hawaii nonprofit corporation, Defendants/Counterclaim Plaintiff/Appellees

and

John Does 1-10; DOE Corporations 1-10; and DOE Entities, Defendants

NO. CAAP-15-0000744

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 20, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 13-1-153K)

SUMMARY DISPOSITION ORDER

Remand.

395 P.3d 1244

Arley H. NOZAWA, Plaintiff-Appellant,

v.

OPERATING ENGINEERS LOCAL UNION NO. 3, Defendant-Appellee,

and

John Does 1-5, Jane Does 15, DOE Corporations 1-5, DOE LLCS 1-5, DOE Partnerships 1-5, DOE Non-profit Organizations 1-5 and DOE Governmental Agencies 1-5, Defendants

NO. CAAP-14-0000021

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 21, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 11-1-2623-10)

MEMORANDUM OPINION

Affirmed.

395 P.3d 1244

STATE of Hawai'i, Plaintiff-Appellant,

v.

Curtis K. LOVE, Defendant-Appellee

NO. CAAP-16-0000561

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 21, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CRIMINAL NO. 15-1-1975)

SUMMARY DISPOSITION ORDER

Vacate. Remand.